IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JUAN AUTILANO MERCED, JR.,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**PATRICK COVELLO, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 2:21-cv-01405-WBS-JDP (PC)<br><br>~~**(PROPOSED)**~~ **ORDER** |

**GOOD CAUSE APPEARING,** Defendant's motion for an extension of time to file a responsive pleading is granted. The deadline for Defendant to file a responsive pleading is extended to January 23, 2023.

IT IS SO ORDERED.

Dated:　October 17, 2022　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE