UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AUTILANO MERCED, Jr., | Case No. 2:21-cv-01405-WBS-JDP (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY |
| v. | ECF No. 28 |
| PATRICK COVELLO, *et al.*, | |
| Defendants. | |

Plaintiff has filed a document in which he requests documents concerning defendant Brazil. ECF No. 28.

Discovery requests shall be filed with the court only if they are at issue. *See* E.D. Cal. L.R. 250.2-250.4. Currently, there is no court proceeding that requires review of plaintiff's discovery requests. To the extent that plaintiff intended to serve defendants with his discovery request by filing them with the court, that approach is improper. Plaintiff must instead serve his discovery requests on defendants. *See* Fed. R. Civ. P. 30-36. Accordingly, it is hereby ORDERED that plaintiff's motion for discovery, ECF No. 28, is denied.

IT IS SO ORDERED.

Dated:   November 3, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1